

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 16, 2014

**VIA FACSIMILE**

The Honorable Robert W.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*RECEIVED JAN 16 2014 JUDGE SWEET CHAMBERS*

Re: **United States v. Bladimir Rigo**, 13 Cr. 897 (RWS)

Dear Judge Sweet:

I write on behalf of both parties to request an adjournment of the conference currently scheduled for January 16, 2014 in the above-captioned matter. The parties are presently working towards a potential disposition of this matter but do not anticipate completing that work by the scheduled conference. Accordingly, and so as to permit those talks to continue, the parties would request a brief adjournment of approximately 45 days of the scheduled conference.

Should Your Honor be inclined to grant the adjournment, the Government would also seek an exclusion of time from Speedy Trial Act calculation between January 16, 2014 and the new conference date for substantially the reasons set forth above. See 18 U.S.C. 3161(h)(7)(A). I have spoken with defense about this additional request and understand that, on behalf of the defendant, she consents to it. A proposed order excluding time is attached for the Court's consideration.

*So ordered*
*Sweet*
*USDJ*
*1-16-14*

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Edward B. Diskant
Assistant United States Attorney
(212) 637-2294

cc: Joanna Hendon, Esq. (By electronic-mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/14