

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 27, 2014

**VIA FACSIMILE**

The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Bladimir Rigo</u>, 13 Cr. 897 (RWS)

Dear Judge Sweet:

    I write on behalf of both parties to request an adjournment of the conference currently scheduled for March 4, 2014 in the above-captioned matter. The parties have been in talks over the past few weeks regarding a potential disposition and would like additional time to continue those discussions which are unlikely to be completed before the scheduled conference. Accordingly, and so as to permit those talks to continue, the parties would request a brief adjournment of approximately 30 days of the scheduled conference.

    Should Your Honor be inclined to grant the adjournment, the Government would also seek an exclusion of time from Speedy Trial Act calculation between March 4, 2014 and the new conference date for substantially the reasons set forth above. See 18 U.S.C. 3161(h)(7)(A). I have spoken with defense about this additional request and understand that, on behalf of the defendant, she consents to it. A proposed order excluding time is attached for the Court's consideration.

So ordered.
/s/ Sweet USDJ
3-6-14

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
    Edward B. Diskant
    Assistant United States Attorney
    (212) 637-2294

cc: Joanna Hendon, Esq. (By electronic-mail)