3-13-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                :        ORDER

    -v.-                                :        13 Cr. 897 (RWS)

BLADIMIR RIGO,                          :

    Defendant.                          :

- - - - - - - - - - - - - - - - - -x

Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Edward B. Diskant, of counsel, and with the consent of counsel for the defendant, it is hereby ORDERED that the time from March 4, 2014 through April 7, 14 is hereby excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such an exclusion best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will allow the parties to engage in further discussions regarding a potential disposition of this matter.

SO ORDERED.

Dated:    New York, New York
          February __, 2014

                                             THE HONORABLE ROBERT W. SWEET
                                             UNITED STATES DISTRICT JUDGE

3-6-14