UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

    -v-

                                            Order

                                            13 Cr. 897 (RWS)

BLADIMIR RIGO,

                  Defendant.

-----------------------------------------------------------x

       Upon the application of the Defendant Bladimir Rigo, and with the consent of the Government, it is hereby ORDERED that the time from April 7, 2014 through April 25, 2014 is hereby excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court finds that granting such an exclusion best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will allow the parties time to schedule and proceed with the entry of a guilty plea.

       SO ORDERED.


Dated:      New York, New York
               April __, 2014

                                                    THE HONORABLE ROBERT W. SWEET
                                                    UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/14