**SPEARS & IMES** LLP

51 Madison Avenue
New York, NY 10010
tel 212-213-6996
fax 212-213-0849



Joanna C. Hendon
tel 212-213-6553
jhendon@spearsimes.com

October 27, 2014

**BY FACSIMILE AND U.S. MAIL**

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007



Re: *United States v. Bladimir Rigo*, 13 Cr. 897 (RWS)

Dear Judge Sweet:

I write on behalf of my client Bladimir Rigo to seek an extension of the briefing schedule set by the Court after the *Fatico* hearing in this matter on October 7, 2014. At the conclusion of the hearing, the Court set November 7, 2014 as the date for simultaneous exchange of the parties' opening briefs and November 17 as the date for simultaneous exchange of reply briefs. The Court set oral argument for November 20, 2014.

Since the hearing on October 7, 2014, I have had to reschedule my vacation (a four day trip to San Francisco). To accommodate my travel – and with the consent of the Government – I respectfully request a one-week extension of the dates set by the Court for the post-hearing briefing: from November 7 to November 14, 2014 for the exchange of opening briefs, and from November 17 to November 24, 2014 for exchange of the reply briefs. Oral argument should take place during the week of December 1, 2014 on a date and at a time convenient for the Court.

The Government does not object to this request for an extension. Neither party has previously requested an extension to, or adjournment of, the briefing schedule set by the Court on October 7.

So ordered
Sweet USDJ
10.28.14

The Honorable Robert W. Sweet  Page 2
October 27, 2014

      If Your Honor is inclined to grant this request, I respectfully request that Your Honor endorse this letter below.

Respectfully submitted,

Joanna C. Hendon

cc: AUSA Jason Masimore (by e-mail only)
     AUSA Edward Diskant (by e-mail only)

ENDORSED: _____
ROBERT W. SWEET
United States District Judge