UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

v.

BLADIMIR RIGO,

                   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: Case No.: 13 Cr. 897 (RWS)

: **<u>NOTICE OF APPEARANCE</u>**

To the Clerk and all parties of record:

    Please enter my appearance in this case as counsel for Defendant Bladmir Rigo. I certify that I am admitted to practice in this Court.

Respectfully submitted,

SPEARS & IMES LLP

Dated: New York, New York
      November 11, 2014

By: _____
Alicia K. Amdur
51 Madison Avenue
New York, New York  10010
Tel:  (212) 213-6996
Fax: (212) 213-0849
E-mail: aamdur@spearsimes.com