**SPEARS & IMES** LLP

51 Madison Avenue
New York, NY 10010
tel 212-213-6996
fax 212-213-0849

Joanna C. Hendon
tel 212-213-6553
jhendon@spearsimes.com



RECEIVED
November 7, 2014
NOV 10 2014
JUDGE SWEET CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**BY FACSIMILE AND U.S. MAIL**

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:    *United States v. Bladimir Rigo*, 13 Cr. 897 (RWS)

Dear Judge Sweet:

I write on behalf of my client Bladimir Rigo to seek an enlargement of the page limit for Mr. Rigo's post-*Fatico* hearing opening brief, due November 14, 2014. Pursuant to Your Honor's Individual Practices, the opening brief must comply with a page limit of 25 pages "[u]nless prior permission has been granted." I respectfully request an enlargement of that page limit to 40 pages in order to be able to fully address the issues before the Court, although I hope to submit a shorter brief. The Government does not object to this request.

If Your Honor is inclined to grant this request, I respectfully request that Your Honor endorse this letter below.

Respectfully submitted,

Joanna Hendon /sh

Joanna C. Hendon

cc:    AUSA Jason Masimore (by e-mail only)
       AUSA Edward Diskant (by e-mail only)

ENDORSED: _____
                ROBERT W. SWEET
            United States District Judge
                 11-11-14