# EXHIBIT D

| Search Warrant/286 Sussex Ave | QTY OF PILLS PER CONTAINER | Total Amount of Containers | Total Quantity of Pills | 2012 Medicaid Reimbursement Price per Pill/Gram | Total Cost of Pills From Medicaid Reimbursement per Pill/Gram |
|---|---|---|---|---|---|
| Advair 250/50 | 1 | 4 | 4 | 4.03158 | 16 |
| Advair 500/50 | 1 | 1 | 1 | 5.30287 | 5 |
| Atorvastatin 10mg | 60 | 1 | 60 | 0.1936 | 12 |
| Atorvastatin Calci Tab 20mg | 30 | 1 | 30 | 0.2665 | 8 |
| Atorvastatin Calci Tab 80mg | 30 | 1 | 30 | 0.5249 | 16 |
| Atripla 600/200/300mg | 30 | 3 | 90 | 62.35734 | 5,612 |
| Black bag full of Syringes | 1 | 172 | 172 | | - |
| Combivir 150/300mg | 60 | 1 | 60 | 14.96351 | 898 |
| Corvita 1.25-2.5-7mg | 20 | 1 | 20 | | - |
| Cymbalta 60mg | 7 | 1 | 7 | 6.58854 | 46 |
| Diovan 160mg | 30 | 1 | 30 | 3.99912 | 120 |
| Diovan 80mg | 30 | 2 | 60 | 3.71913 | 223 |
| Dulera 100mcg/5mcg | 1 | 1 | 1 | 17.1631 | 17 |
| Econazole Nitrate cream | 1 | 2 | 2 | 0.3623 | 1 |
| Endocet 325/10mg | 10 | 1 | 10 | 1.3344 | 13 |
| Epzicom 600/300mg | 30 | 2 | 60 | 32.34952 | 1,941 |
| Ibuprofen 600mg | 15 | 1 | 15 | 0.0417 | 1 |
| Invirase 500mg | 120 | 1 | 120 | 7.75711 | 931 |
| Isentress 400mg | 60 | 2 | 120 | 16.99688 | 2,040 |
| Isentress 400mg | 60 | 1 | 60 | 16.99688 | 1,020 |
| Januvia 100mg | 30 | 1 | 30 | 8.16609 | 245 |
| Lexapro 10mg | 30 | 1 | 30 | 0.1747 | 5 |
| Lexapro 20mg | 2 | 1 | 2 | 0.205 | 0 |
| Lexiva 700mg | 60 | 1 | 60 | 13.75697 | 825 |
| Lidoderm patch | 30 | 147 | 4410 | 7.85484 | 34,640 |
| Montelukast Sodium Tab 10mg | 30 | 1 | 30 | 0.5288 | 16 |
| Nasonex 50mcg | 1 | 1 | 1 | 7.23662 | 7 |
| Norvir 100mg | 30 | 1 | 30 | 8.53793 | 256 |
| Norvir 100mg | 30 | 1 | 30 | 8.53793 | 256 |
| Omeprazole 40mg | 30 | 1 | 30 | 0.2926 | 9 |
| Prazosin Hydrochloride 1mg | 100 | 1 | 100 | 0.0998 | 10 |
| Prevacid 30mg | 92 | 1 | 92 | 1.2438 | 114 |
| Prezista 400mg | 60 | 1 | 60 | 18.107 | 1,086 |
| Prezista 600mg | 60 | 1 | 60 | 18.107 | 1,086 |
| Prezista 600mg | 60 | 4 | 240 | 18.107 | 4,346 |
| Proair HFA | 1 | 1 | 1 | 5.2163 | 5 |
| Reyataz 200mg | 60 | 1 | 60 | 18.24146 | 1,094 |
| Reyataz 300mg | 30 | 1 | 30 | 36.1382 | 1,084 |
| Selzentry 150mg | 60 | 1 | 60 | 15.55613 | 933 |
| Seroquel 100mg | 30 | 1 | 30 | 0.2179 | 7 |
| Seroquel 200mg | 30 | 1 | 30 | 0.4339 | 13 |
| Seroquel XR 150mg | 36 | 1 | 36 | 11.44708 | 412 |
| Seroquel XR 200mg | 30 | 1 | 30 | 12.59912 | 378 |
| Seroquel XR 300mg | 30 | 1 | 30 | 16.51893 | 496 |
| Singulair 10mg | 30 | 2 | 60 | 0.5288 | 32 |
| Singulair 10mg | 30 | 71 | 2130 | 0.5288 | 1,126 |
| Singulair 5mg | 30 | 2 | 60 | 0.5684 | 34 |
| Singular 10mg | 1 | 18 | 18 | 0.5288 | 10 |
| Sustiva 600mg | 30 | 1 | 30 | 21.74323 | 652 |
| Symbicort 160/4.5 | 1 | 1 | 1 | 26.5683 | 27 |
| Symbicort 80/4.5 | 1 | 2 | 2 | 20.12099 | 40 |
| Trizivir 300/150/300mg | 60 | 3 | 180 | 25.44863 | 4,581 |
| Truvada | 30 | 5 | 150 | 40.61383 | 6,092 |
| Valacyclovir Hydrochloride 1g | 30 | 2 | 60 | 9.492 | 570 |
| Valacyclovir Hydrochloride 500mg | 30 | 1 | 30 | 5.424 | 163 |
| | | 481 | 9185 | | 73,570 |

Controlled Substance - Acetaminophen/Oxycodone

GOVERNMENT EXHIBIT
218
13 Cr. 897 (RWS)