# EXHIBIT E

| Serial#/NDC#/Claims Submitted | QTY OF PILLS PER CONTAINER | Total Amount of Containers | Total Quantity of Pills | 2012 Medicaid Reimbursement Price per Pill/Gram | Total Cost of Pills From Medicaid Reimbursement per Pill/Gram |
|---|---|---|---|---|---|
| Abilify 10mg | 30 | 2 | 60 | 20.96054 | $ 1,258 |
| Abilify 30mg | 30 | 1 | 30 | 29.64068 | $ 889 |
| Abilify 5mg | 30 | 5 | 150 | 20.96054 | $ 3,144 |
| Actos 30mg | 30 | 1 | 30 | 3.6863 | $ 111 |
| Advair 100/50 | 1 | 4 | 4 | 3.24502 | $ 13 |
| Advair 100/50 | 1 | 3 | 3 | 3.24502 | $ 10 |
| Advair 250/50 | 1 | 51 | 51 | 4.03158 | $ 206 |
| Advair 250/50 | 1 | 51 | 51 | 4.03158 | $ 206 |
| Advair 250/50 | 1 | 2 | 2 | 4.03158 | $ 8 |
| Avodart 0.5mg | 30 | 1 | 30 | | $ - |
| Beconase AQ 42mcg 25g | 1 | 1 | 1 | 6.49989 | $ 6 |
| Bystolic 20mg | 30 | 2 | 60 | 2.25455 | $ 135 |
| Celebrex 50mg | 60 | 1 | 60 | 1.48501 | $ 89 |
| Clotrimazole and Betamethasone Dipropionate | 1 | 1 | 1 | 0.823 | $ 1 |
| Combivent inhaler 14.7g | 1 | 2 | 2 | 59.84715 | $ 120 |
| Coreg CR 20mg | 30 | 1 | 30 | 4.85162 | $ 146 |
| Crestor 10mg | 30 | 3 | 90 | 5.36631 | $ 483 |
| Crestor 5mg | 30 | 1 | 30 | 5.36631 | $ 161 |
| Dapsone 100mg | 1 | 1 | 1 | 1.079 | $ 1 |
| Diovan 160mg | 30 | 1 | 30 | 3.99912 | $ 120 |
| Diovan 320mg | 30 | 1 | 30 | 5.05912 | $ 152 |
| Diovan 40mg | 30 | 1 | 30 | 3.11084 | $ 93 |
| Diovan 80mg | 30 | 3 | 90 | 3.71913 | $ 335 |
| Diovan HCT 160/12.5mg | 30 | 6 | 180 | 4.35233 | $ 783 |
| Diovan HCT 160/12.5mg | 60 | 1 | 60 | 4.35233 | $ 261 |
| Diovan HCT 160/12mg | 30 | 1 | 30 | 4.35233 | $ 131 |
| Diovan HCT 160/25mg | 30 | 2 | 60 | 4.93568 | $ 296 |
| Diovan HCT 320/12.5mg | 30 | 2 | 60 | 5.51396 | $ 331 |
| Diovan HCT 320/25mg | 30 | 3 | 90 | 6.25543 | $ 563 |
| Diovan HCT 80/12.5mg | 30 | 1 | 30 | 4.00013 | $ 120 |
| Epzicom 600mg/300mg | 30 | 2 | 60 | 29.69601 | $ 1,782 |
| Escitalopram 20mg | 30 | 1 | 30 | 0.205 | $ 6 |
| Exforge HCT 10/320/25mg | 30 | 2 | 60 | 5.75024 | $ 345 |
| Flector patch | 30 | 1 | 30 | 6.7313 | $ 202 |
| Flovent HFA 110mcg | 1 | 5 | 5 | 12.79583 | $ 64 |
| Intelence 100mg | 120 | 1 | 120 | 7.20205 | $ 864 |
| Intelence 200mg | 60 | 2 | 120 | 14.40409 | $ 1,728 |
| Invega 3mg | 30 | 4 | 120 | 18.24727 | $ 2,190 |
| Invega 6mg | 30 | 2 | 60 | 18.24755 | $ 1,095 |
| Isentress 400mg | 60 | 2 | 120 | 16.99688 | $ 2,040 |
| Januvia 100mg | 30 | 1 | 30 | 8.16537 | $ 245 |
| Kaletra 200mg/50mg | 120 | 1 | 120 | 6.38255 | $ 766 |
| Lantos Solostar Insulin Glargine | 5 | 1 | 5 | | $ - |
| Lexiva 700mg | 60 | 13 | 780 | 13.75697 | $ 10,730 |
| Lidocaine 5% usp 50g | 1 | 3 | 3 | 1.5237 | $ 5 |
| Lidocane patch | 30 | 4 | 120 | 7.85484 | $ 943 |
| Lipitor 20mg | 30 | 1 | 30 | 0.2665 | $ 8 |
| Lovaza 1gm | 60 | 2 | 120 | 1.63503 | $ 196 |
| Lyrica 25mg | 60 | 1 | 60 | 3.33346 | $ 200 |
| Lyrica 75mg | 120 | 1 | 120 | 3.33346 | $ 400 |
| Micardis 80mg | 1 | 1 | 1 | 4.44741 | $ 4 |
| Micardis HCT 40/12.5mg | 1 | 1 | 1 | 4.44741 | $ 4 |
| Nexium 40mg | 30 | 1 | 30 | 6.61969 | $ 199 |
| Nicotine Transdermal System 21mg | 14 | 2 | 28 | | $ - |
| Norvir 100mg | 30 | 35 | 1050 | 8.53793 | $ 8,965 |
| One touch ultra blue | 50 | 1 | 50 | 1.2122 | $ 61 |
| Pennsaid 5fl oz 1.5% | 1 | 1 | 1 | 1.28229 | $ 1 |
| Prezista 400mg | 60 | 13 | 780 | 18.107 | $ 14,123 |
| Prezista 600mg | 60 | 3 | 180 | 18.107 | $ 3,259 |
| Pristiq 100mg | 30 | 1 | 30 | 5.35912 | $ 161 |
| Pristiq 50mg | 30 | 8 | 240 | 5.35912 | $ 1,286 |
| Proair HFA 200 inhalations | 1 | 32 | 32 | 5.2163 | $ 167 |
| Qvar 80mcg 120 inhalations | 1 | 3 | 3 | 17.13616 | $ 51 |
| Reyataz 150mg | 60 | 1 | 60 | 18.24146 | $ 1,094 |
| Reyataz 200mg | 60 | 1 | 60 | 18.24146 | $ 1,094 |
| Reyataz 300mg | 30 | 1 | 30 | 36.1382 | $ 1,084 |
| Selzentry 150mg | 60 | 1 | 60 | 15.55613 | $ 933 |

GOVERNMENT EXHIBIT 219
13 Cr. 897 (RWS)

| Item | Qty | Mult | Total | Price | | Amount |
|---|---|---|---|---|---|---|
| Serevent Diskus 50mcg | 1 | 1 | 1 | 3.99259 | $ | 4 |
| Seroquel XR 150mg | 15 | 1 | 15 | 11.44708 | $ | 172 |
| Seroquel XR 200mg | 90 | 1 | 90 | 12.59912 | $ | 1,134 |
| Seroquel XR 300mg | 45 | 1 | 45 | 16.51893 | $ | 743 |
| Seroquel XR 400mg | 61 | 1 | 61 | 19.41397 | $ | 1,184 |
| Seroquel XR 50mg | 60 | 1 | 60 | 6.37495 | $ | 382 |
| Singulair 10mg | 30 | 16 | 480 | 0.5288 | $ | 254 |
| Singular 10mg | 30 | 101 | 3030 | 0.5288 | $ | 1,602 |
| Singular 5mg | 30 | 1 | 30 | 0.5684 | $ | 17 |
| Spriva Handihaler 18mcg | 30 | 11 | 330 | 14.52832 | $ | 4,794 |
| Symbicort 160/4.5 | 1 | 1 | 1 | 22.99913 | $ | 23 |
| Symbicort 80/4.5 | 1 | 3 | 3 | 20.12099 | $ | 60 |
| Tekturna 300mg | 30 | 1 | 30 | 4.14692 | $ | 124 |
| Tekturna HCT 300/25mg | 30 | 1 | 30 | 4.14695 | $ | 124 |
| Thin Lancets 26g | 100 | 1 | 100 | | $ | - |
| Truvada | 30 | 1 | 30 | 40.61383 | $ | 1,218 |
| Valcyte 450mg | 60 | 1 | 60 | 56.58207 | $ | 3,395 |
| Ventolin HFA 200 90 mcg | 1 | 15 | 15 | 2.20687 | $ | 33 |
| Ventolin HFA 90mcg 200 metered | 1 | 1 | 1 | 2.20687 | $ | 2 |
| Veramyst 27.5mcg | 1 | 2 | 2 | 11.07386 | $ | 22 |
| Viracept 625mg | 120 | 3 | 360 | 6.67735 | $ | 2,404 |
| Xopenex HFA | 1 | 1 | 1 | 3.1872 | $ | 3 |
| Ziagen 300mg | 60 | 3 | 180 | 9.27344 | $ | 1,669 |
| Ziagen 300mg | 60 | 1 | 60 | 9.27344 | $ | 556 |
| | | 482 | 11140 | | $ | 86,390 |

|  | QTY OF PILLS PER CONTAINER | Total Amount of Containers | Total Quantity of Pills | Amount of Pills (approx) |
|---|---|---|---|---|
| Advair 100/50 | 1 | 3 | 3 |  |
| Advair 250/50 | 1 | 51 | 51 |  |
| Flovent HFA 110mcg | 1 | 5 | 5 |  |
| Ventolin HFA 200 90 mcg | 1 | 15 | 15 |  |
|  |  | 74 |  |  |

Total box weight - 6.5685kg

| 2011 Medicaid Reimbursement Price per Pill/Gram | Total Cost of Pills From Medicaid Reimbursement per Pill/Gram |
|---:|---:|
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |
| 0 | 0 |