# EXHIBIT J



11 - 01 - 10
Noviembre

DLS 323.00
puesto 10/4/15

| Venta | Gastos | Cupones | Credito | Cheques | Deposito |
|---|---|---|---|---|---|
| 1923.85 | 248.47 | 4535 | 201.77 | 597.65 | 881.01 |
| 1243.38 | 308.62 | 1443 | 124.76 | 756.75 / 1276.70 | 1429.82 / 780.80 |
| 1265.00 | 37.32 | 183.72 | 4324 | 370.30 / 2450.00 extra / 9070 | 1185.00 |
| 1625.95 | 680.86 | | 6132 | 1446 u cheta / 9598.16 | 700.00 / 725.02 / 1100.00 |
| 1394.80 | 113.38 | 47.16 | 134.04 | 659.06 / 688.00 | 1644.00 |
| 1507.68 | 844.67 | 107.68 | 177.93 | 552.22 | 8424 |
| 1791.00 | 1199.72 | 92.17 | 219.44 | 141.70 / 293.1 | 870.00 |
| 1581.97 | 176.47 | 5328 | 102.62 | 1800 3991 / 3095 | 1220.00 |
| 1049.72 | 108.25 | 868 | 63.04 | 641.16 | 830.00 |
| 1407.79 | 187.79 | 5779 | 66.73 | | 1094.00 |
| 1205.00 | 420.08 | 75.57 | 6845 | 1200.00 | 1200.00 |
| 1432.88 | 97.84 | 9.61 | 240.43 | 676.10 | 941.00 |
| 1223.14 | 709.23 | 32.46 | 136.70 | 1667.09 | 1000.00 |
| 1623.55 | 1140.50 | 81.09 | 186.96 | 37070 | 830.94 in fa |
| 1528.14 | 253.14 | 5386 | 187.00 | 332140 | 17241 |
| 1352.10 | 306.50 | | 108.64 | 500 | |
| 1680.00 | 439.58 | 76.00 | 107.73 | 471.00 | |
| 1212.00 | 97.87 | 20.16 | 114.66 | 393.00 | |
| 1588.10 | 451.23 | 50.68 | 186.26 | 803.71 | |
| 92.97 | 1365.44 | 3147 | 191.00 | | |
| 1440.58 | 1168.72 | 57.76 | 184.10 | | |
| 1512.12 | 384.78 | 44.71 | 170.63 | | |
| 1306.44 | 102.01 | 5113 | 168.30 | | |
| 1444.84 | 174.64 | 23.65 | 127.21 | | |



(Customer's Folks)

Sacramento PARTY
Rue Bannels
River River guys for Union
Cytokel =
Orange =
Iberico esfra 24
Cutlet
Lawrengo
Interio 2 Veg
catfish
KIDNEY INDIVIDUAL pot
Junior Coss

VIC CHECKS
6/16/07
18 Ronloke
EURO / USING
16th thing
1 USD 0
6/30/06
PAID



Savings Made Simple

GRABOWSKI
537 - 9820
samsclub.com
05/10/ [illegible] 010 806

X MEMB [illegible]

THANK YOU

LAZARO [illegible]

AUTOREIN [illegible]

| | | | | |
|---|---|---|---|---|
| E | 379 [illegible] | [illegible] | | |
| | [illegible] | [illegible] | | |
| E | 155554 | [illegible] | | |
| E | 53615 | SKITTLES | | |
| E | 627767 | SKI [illegible] | | |
| E | 4405 | TRIDENT | | |
| E | 4364 | TRIDE [illegible] | | |
| E | 800958 | TRI [illegible] | | |
| E | 78 [illegible] | S [illegible] | | |
| E | 78 [illegible] | [illegible] | | |
| E | 31 [illegible] | [illegible] | | |
| E | 69035 [illegible] | [illegible] | | |
| | [illegible] | [illegible] | 7 [illegible] | |
| | [illegible] | [illegible] | [illegible] | |
| | 404 [illegible] | [illegible] | [illegible] 83 | E |
| | [illegible] | [illegible] | [illegible] 72 | N |
| F | 475182 | [illegible] | 27.95 | E |
| | 454 [illegible] | [illegible] | 6.98 | E |
| | 27 [illegible] | [illegible] | 6.98 | F |
| | 27 [illegible] | [illegible] | 6.98 | [illegible] |
| | 27 [illegible] | [illegible] | 6.98 | E |
| E | 595 [illegible] | [illegible] | 6.92 | N |
| | | | [illegible].67 | |
| | | TAX | [illegible].45 | |
| | | | [illegible].32 | |

WE W [illegible] EXP [illegible] SAM [illegible]

Please [illegible]

[illegible] CARDS

You must [illegible] of the United [illegible] to win. [illegible] visit: [illegible].com

Sweepstakes [illegible] within TWO weeks [illegible]

[illegible]

Better ways to bank.
Checking, Savings, Loans
1.877.SOV3ANK sovereignbank.com

Sovereign
Santander
CUSTOMER RECEIPT

Member FDIC © 2012 Sovereign Bank, N.A.



Sabado, 26 de noviembre

**For service at**
901 SUMMIT AVE FL1
UNION CITY NJ
07087-5630

1 855-BIZ-PSEG (249-7734)
Emergencies 24 hours/7days
Business customer service
7 AM - 8 PM Mon - Fri
7 AM - 5 PM Sat

Visit our website
www.pseg.com

Inquiries by mail
PSE&G
PO Box 14444
New Brunswick NJ 08906-4444

**Important Dates**
Your payment
is due July 27, 2012

Your meter(s) are scheduled to be
read on or about August 08.

To make a payment from a credit
card Log In to **My Account** at
pseg.com or call 1 800-704-3289

If you'll be away on your meter
reading day, Log In to **My
Account** at pseg.com or call 1
800 622-0197 before the
scheduled date, to submit your
reading.



**Monthly Statement
JULY 2012**
Account number: 70 436 321 02       Invoice number: 600702003288

20-8674867               015728

000015728 01 AV   0.350       000000004
RIGO AND BROS INC
ANGEL A RIGO
901 SUMMIT AVE FL1
UNION CITY NJ 07087

PSE&G
PAID BY CHECK AT
NORTH HUDSON CSC
CHECK NO. 1008
DATE: 7/31/2012

**Account Summary**
Current PSE&G - Gas                1300        22.90
Current PSE&G - Electric                       969.55
Deposit Amount Due                            1,634.00
Total Amount Due On Jul 27, 2012            $2,626.45

This bill reflects changes in your electric delivery charges, effective June 7, 2012. The bill impact of this change for a typical residential customer receiving Basic Generation Service (BGS), and using 7,360 kilowatthours per year, will be an annual increase of $11.28 or approximately 0.9%. More information about these changes will be provided in an upcoming bill insert. Tariff information may also be found by visiting www.pseg.com

All PSE&G employees carry identification cards with their pictures on it. For your safety, ask to see the ID card of any PSE&G employee visiting your home or business.

For a quick and easy way to contact PSE&G, use our self-service features by logging into My Account on pseg.com. My Account is available in both English and Spanish. You can schedule appointments, turn service on and off, view and pay your bill, and much more. If you need to call, it's best to avoid our busiest times during business hours on Mondays.

PSE&G can help your business save energy and money. Receive our free monthly electronic newsletter that includes money and energy saving tips, energy tools, answers to energy questions and more. To learn more, visit pseg.com/energe