# EXHIBIT K

GOVERNMENT EXHIBIT 207
13 Cr. 897 (RWS)

mead.

1 SUBJECT
**WIDE RULED**
*Spiral* NOTEBOOK
10½ in x 8 in / 266 mm x 203 mm

**100** SHEETS

0 43100 05514 3
8-108

mead.
MWV Consumer & Office Products
Dayton, Ohio 45463  www.mead.com
05514 © 2009 MeadWestvaco Corporation

# MEGA SALES
# DETERGENT SUPPLIER
## PH: (347)456-9560/420-4226
EMAIL: MEGASALES02@GMAIL.COM
ASK FOR JOHN
LAUNDROMATS/DELI/GROCERY & SUPERMARKETS
*SAVE TIME, MONEY & GAS*

### POWDER DETERGENTS:

Ariel 48/250 mg – 31.99
Ariel 30/400 mg Reg./Downy – 27.99
Ariel 18/1 k – 43.00
Blanca 36/500 mg & 18/1 k – 28.99
Foca 36/500 mg & 18/1 k – 29.99
Foca 4/11 Lbs. – 35.99
Roma 36/500 mg. 18/1 k. 28.99
Roma 4/11 Lbs. – 34.99
Tide Reg. 20/260 mg – 9.99
Tide w/Downy 30/400 mg – 29.99

### LIQUID DETERGENTS:

Ajax 8/64 oz Reg./Bl. – 17.99
All 12/20 oz Reg./Bleach – 26.99
Ariel Liq. 12/33 oz – 35.99
Dynamo 8/64 oz – 17.99
Era 2x Ultra 6/25 oz – 14.99
Gain 2x Ultra 6/25 & 12/10 oz – 21.99
Gain 2x Ultra 6/50 oz – 37.99
Oxy All 12/16 oz – 11.99
Roma/Foca/Blanca Liq. 12/33 oz – 20.99
Tide Ultra 12/10 oz – 26.99
Tide 2x Ultra 6/25 oz - Bleach & Reg – 26.99
Tide 2x Ultra 6/50 oz - Bleach & Reg – 48.99
Trend 6/50 oz. (Tropical/Mountain/Bleach) – 10.99
Xtra 8/45 oz (all Fragrances) – 14.99
Xtra 6/72 oz (all Fragrances) – 15.99

### DRYER SHEETS:

Arm & Hammer 12/20 shts. - 10.99
Bounce 12/40 Shts. – 28.99
Downy 12/40 shts. – 28.99
Gain 12/40 Shts. – 27.99
Nice & Fluffy 12/20 shts. - 9.99
Suavitel 12/40 shts. – 24.99
Suavitel 15/20 shts. - 12.99
Sunny 24/40 – 18.99

### SOFTENERS:

Downy Ultra 12/10 oz – 19.99
Downy 12/450 ml – 9.99
Downy Ultra April Fresh 6/19 oz – 15.99
Downy 12/850 ml – 16.99
 (April Fresh, Elegante, Flor de Luna, Natural, Tango)
Gain 6/19 oz – 14.99
Suavitel 12/450 ml - Aroma & Primaveral – 9.99
Suavitel 12/33 oz - Aroma & Primaveral – 17.99
Suavitel 12/850 ml – 15.99
 (Aroma, Acqua, Bouquet, Primaveral, Noche)
Suavitel 6/56 oz – 15.99
 (Amor, Festival, Lila, Morning Sun, Primaveral)
Suavitel 4/150 oz (Lilac/Primaveral/Aroma) – 26.99

### BLEACH:

Clorox 8/64 oz – 17.99
Clorox Conc. 12/30 oz – 18.99
Clorox 12/32 oz – 17.99
Crystal Bleach 6/96 oz – 8.99
Awesome Stain Remover 18/24 oz – 20.99
Shout Stain Remover 12/22 oz – 36.99

### LAUNDRY BAGS:

Heavy Duty Laundry Bag w/String 1 Dz. – 20.99
Plastic Bags Black or Blue 55 gal. 100ct - 27.99
Plastic Bags Black or Blue 46 or 39 gal. 100ct - 24.99

Bath Tissues 80 ct - 42.00
Marcal "     20 ct  - 11.00
Scott   "     36 ct - 23.00

Bounty Paper Towel 15 ct - 16.00

**BEST PRICES IN THE MARKET  ****  MEJORES PRECIOS DEL MERCADO**
**NEXT DAY DELIVERY  ****  ENTREGAS AL DIA SIGUIENTE**
PRICES SUBJECT TO CHANGE W/O NOTICE**PRECIOS SUBJETOS A CAMBIOS SIN PREVIO AVISO
**5% DISCOUNT ON FIRST ORDER* 2% off on all cash order over $500**

Ledger 4_00037



```
                                                    Page            1
                                                    Date      08/16/11
```

```
****************AUTO**MIXED AADC 117
994 1 MB 0.390           6 2 70
||..|..|..|.|||....|.|.||.|.|....|||.|..|..|.|.|..|.|||
BLADIMIR B RIGO
VINCENT J RIGO
224 PALMER ST
ELIZABETH NJ 07202-3918
```

### SAFE DEPOSIT BOX NOTICE

```
GARDEN STATE COMMUNITY BANK    -DIVISION OF NYCB
ELIZABETH BRANCH
715 ELIZABETH AVE
ELIZABETH, NJ   07201
```

| | | | |
|---|---|---|---|
| | | CURRENT BALANCE | .00 |
| BOX NUMBER | 0000596 | RENT THRU  9/15/12 | 25.00 |
| BRANCH | 167 | LATE/DRILL CHARGE | |
| STATEMENT DATE | 8/15/11 | TAX | 1.75 |
| | | AMOUNT DUE | 26.75 |

```
          YOUR PAYMENT IS DUE WITHIN 30 DAYS OR A LATE
           FEE OF $15.00 WILL BE ASSESSED TO YOUR BOX.
     IF YOU HAVE QUESTIONS, PLEASE CALL 1-800-394-2010. THANK YOU
                      ** THIS IS NOT A BILL **
```

```
   ** THIS AMOUNT WILL BE DEDUCTED FROM SV-031670019079 ON   9/15/11
```

### IMPORTANT NOTICE

1. The contents of your safe deposit box may not be fully protected against loss under the insurance coverage maintained by the bank or safe deposit company.
2. For your protection, you may wish to secure your own insurance through an insurance company of your choice.
3. You should keep a complete list and description of all property stored in your safe deposit box and any available proof of ownership.

994

SDR200      SDR200

EUGENIA NUNEZ
224 PALMER ST,
# 2F
ELIZABETH    NJ 07202

# Elizabethtown Gas™
An AGL Resources Company

P.O. Box 4569   Location 8250   Atlanta, GA 30302-4569

| Billing Date | Account Number | Next Reading Date | Billing Type |
|---|---|---|---|
| Aug 18, 2011 | 4158551229 | Sep 16, 2011 | Residential – Heating |

Previous Account Balance                                $22.51
Payment Applied 08/01/2011 - Thank You                  $22.51 CR
Current Gas Charges                                     $22.51
Total Current Charges                                   $22.51
Total Account Balance                                   $22.51

Go paperless! Receive an email notification when your monthly bill is ready to view and pay!
Visit elizabethtowngas.com.

Please Pay This Amount
By Sep 06, 2011
$   22.51

Your tax-deductible donation to New Jersey SHARES will help a needy local family stay warm this winter. You can help by adding $1, $2, $5, $10, $15, or $20 to your gas bill payment.
Price to Compare: 0.8031 per therm.

## How We Calculate Your Current Gas Charge

| Meter Number | Type of Reading | Billing Period | Days | Reading Old | Reading New | Gas Used (CCF) | Meter Multiplier | Therm Factor | Therms Billed |
|---|---|---|---|---|---|---|---|---|---|
| 0C447146 | Actual | 07/15 08/16 | 32 | 0763 | 0775 | 12 | x 1.0000 | x 01.03333 | = 12.4 |

| Rate Class | Therms Billed | 12.4 Therms x 0.30725 | 0.0 Therms x 0 | Basic Gas 12.4 x 0.80323 | CAC 12.4 x 0.05968 | Service Charge | Current Gas Charges |
|---|---|---|---|---|---|---|---|
| 020 | 12.4 | 3.81 | + 0.00 | + 9.96 | + 0.74 | + 8.00 | = 22.51 |



USAGE COMPARISON
AVERAGE DAILY USAGE
Per Therm

0.39
0.00

☐ Last Year  ☒ This Year
AVG DAILY TEMP
81F   82F

Billing Inquiries? Call: 1-800-242-5830

**To Report a Gas Leak (24hr.) call 1-800-492-4009**

If paying by mail, return the portion below with your check or money order payable to Elizabethtown Gas

### Elizabethtown Gas™
P.O. Box 4569   Location 8250   Atlanta, GA 30302-4569

| YOUR ACCOUNT NUMBER | PLEASE PAY THIS AMOUNT | PLEASE PAY BY |
|---|---|---|
| 4158551229 | $   22.51 | Sep 06, 2011 |

PLEASE ENTER AMOUNT PAID

000225100000000118415855122900022513

****AUTO**5-DIGIT 07202 2235 T7:7
EUGENIA NUNEZ
224 PALMER ST 1F
ELIZABETH NJ 07202-3918

ELIZABETHTOWN GAS
PO BOX 11811
NEWARK NJ 07101-8111

/2012  14:43    3058662704                    SKYFOOD EQUIPMENT                              PAGE   01/01

**SKYFOOD EQUIPMENT LLC**
www.skyfood.us
**Office**
11900 Biscayne Blvd. Suite 512, N. Miami, FL 33181 - USA
Phone: 1-800-503-7534 / 305-868-1603 / Fax: 305-866-2704
**Warehouse**
71 Bloomfield Ave., Newark, NJ 07104 - USA
Phone: 1-800-445-6601 / 973-482-5070 / Fax: 973-482-0725

# Skyfood Sales Order
Equipment LLC

| Date | S.O. No. |
|---|---|
| 10/15/2012 | 12934 |

**Name / Address**
C S I
266 BOWERY
NEW YORK, NY 10012

**Ship To**
CUSTOMER PICK UP

| P.O. No. | Terms | Ship Via | Rep | FOB |
|---|---|---|---|---|
| VERBAL DAN | NET 7 | | DMM | |

| Ordered | Shipped | Invoiced | Item | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | | 0 | SB500 | HEAVY DUTY FLAT SANDWICH ELECTRIC GRILL 220/60/1 - 17" x 19" - FLEETWOOD by SKYMSEN - S/N 000513 | | |

**Total**

SKYFOOD EQUIPMENT LLC only sells merchandise in accordance with the Terms and Conditions of Sale enclosed.
Read terms and conditions carefully.