# EXHIBIT L

Bueno

35 Atripla

100 Trubada

70 Rayata

15 Epzicom

70 norviv

80 Prezista

10 Insentres

10 intelence

10 POMPA

1 nexium

GOVERNMENT
EXHIBIT
202
13 Cr. 897 (RWS)

000056

Prezista 600        129 corto
Prezista 400        132 corto
Intelence 100       16 corto
Intelence 200       82 corto
Kaletra             23 corto
Rayataz             270 corto
norvir              232 corto
Insentress          36 corto
Trubada             13 corto
Complera            11 corto
Lexiua              46 corto
Uiramone            18 corto
Uiread              13 corto
Combibir            14 corto
Sustiva             40 corto
Epivir 4            corto
Baracude 7          corto

000057

Valerio

Especiale 39X    3900'00
Atrigla 12X    2400.00
Leuine 6 X 70 = 420.00
Kaletra 2.X  60 = 120/00
intetence 8X  100 = 800.00
Soraza 6X 30 = 180'00
Uiread 3X 70 = 210'00
Norini 25X 20 = 500.00
ziagen 2 X 70 =/40°00
Abiligg 5 X 30 =/50°00
Nelion 10 X 30 = 300.00
Actos 3 X 30 = 90.00
Cymbalta 20 X 15 = 300.00
Singulon 95 X 15 = 1425.00
Sanuvia 2 X 15 = 80.00
Jetia 1 X 20 = 2000
Sculta 610X 50= 305.00
Pompa 19X 15 = 285.00
                    1160 S

EPZICOM ———— $10 \times 150 =$     $1500 \cdot 00$

ReYATAZ ——— $15 \times 150 =$     $2250 \cdot 00$

NORVIR ———— $20 \times 50 =$     $1000 \cdot 00$

TrUVAdA ——— $8 \times 150 =$     $1200 \cdot 00$

rsentress —— $5 \times 150 =$     $750 \cdot 00$

KALEtrA —— $4 \times 125 =$     $500 \cdot 00$

Rrezista —— $7 \times 150 =$     $1050 \cdot 00$

Atripla —— $3 \times 400 =$     $1200 \cdot 00$

stribild —— $2 \times 300 =$     $600 \cdot 00$

complera —— $1 \times 400 =$     $400 \cdot 00$

VALACyclovir —— $2 \times 100 =$     $200 \cdot 00$

Viread —— $1 \times 125 =$     $125 \cdot 00$

INtelence —— $1 \times 125 =$     $125 \cdot 00$

cymbalta —— $1 \times 30 =$     $30 \cdot 00$

AdVAIR —— $5 \times 25 =$     $125 \cdot 00$

                             $10.055.01$

AdVAiv — 50 ① ₅₁× 25 = 1275·00
5priva        1 × 25² —— 25·00
Wentoli — 23 × 20 = —— 460·00
Norviv — 26 × 50 = —— 1300·00
Epzico —   2 × 150 = —— 300·00
KALefrA —  2 × 125 = —— 250·00
ReyAfAz — 8 × 150 = —— 1200~00
tuVAyA —   7 × 150 = —— 1050·00
LexiVA —   4 × 125 = —— 500·00
isentre —  3 × 150 = —— 450·00
Complera — 1 × 400 = —— 400·00
stribilild — 1 × 300 = —— 300·00
Vivead —   1 × 125 = —— 125·00
proAiv —   1 × 10 = —— 10·00
prezista — 3 × 150 = —— 450·00
                         8095·00

000060

(# 2)

LexiVA ✓ 12 ✗ 125 =        1500.00
ViRAMUNE ✓, 4 ✗ 125 =        500.00
EPZICON ✓ 17 ✗ 150 =        2550.00

KALETRA ✓ 20 × 125 =        2500.00
'nteleme ✓ 37 ✗ 125 =        4625.00
                             3750.00
IIread ✓ 30 ✓ × 125 =
                             500.00
10 × VIr ✓ 10 × ✗ 500        375.00 ✗
UStiVA 3 ✗ 125 =             800.00 ✓
mplera 2 × 400 =             180.00 ✓
                             180.00 ✓
lexium 3 × 60 =
                             25550.00 ✗
rezista 16 ✓ × 150 =        19880.00
                             19830.00

000061

ATRIPLA=
TRUBADA=
RAYATAZ=
nonir
Reagen
Viracet
TRICUVR
combiVIR
EpZicon
INTELENCE-100-200mg.
ADUAIR ASMAPUCH
VentoLin z
SPIRIVA =

P.REZISTA=400-600-800

Laxi VM=
SUSTIVA=
STREX =
Villad =
COPLERA =

ADUAIR ⊢ 10
EP2icm ⊢ 5
RQyATA2⊣ 6
NOrvir ⊢ 8
TNtelenee ⊢ 5
VALaQyClovir ⊢ 1
olonzapine ⊢ 1
Cymbalta ⊢ 1
Nexiun ⊢ 1
prezista ⊢ 3
isontress ⊢ 2
truVada ⊢ 8
Atripla ⊢ 6
complera ⊢ 1
VentoLin ⊢ 5
_____
6 $

000063

Credic

JANUMet _____ 150 =          150-00
                40 M.                        200.00
BENicar _____ 200 =          500-00

ZiAGEN _____ 4 =
• ViRACEpt _____ 2 = ⓞ
• TMTELenee _____ 3 =          450.00
ABiLLFY _____ 3 =              150.00
LEXiVA _____ 2 =               250.00
Reyataz _____ 12 =             1800.00
TSentRESS _____ 8 =            1200.00
pREZiStA _____ gram 14 =       5400.00
    ||         || page 15 =        3600.00
Noruir _____ 72 =

                                   Credic 12,500 =

TOTAL                              42,004.00
                                   12,800.00
                                   29,504.00
                                   28,726.00
        TOTAL                      #108,330.00
15/20 - 20/55  New 11/25/13       -55,000.00
                                   #53,330.00

000064

noovit = 25 × 50 =   1250.00
enentie = 7 × 150 =   1050.00
Lexiva = 5 × 125 =   625.00
TRUVADA 4 × 180 =   720.00
Ad ____ = 2 × 25 =   50.00
Spire VA = 2 × 25 =   50.00

Balance = 3/8/13    57 930.00
                    ① 11 430.00
                       560.00
                    ②
                    ③  3 745.00
                      75 668.00
                      15 000.00
3|8|13              60 668.00
(TOTAL)             36 665.00
3|13|13 ①           43 995.00
         ②         $108,325.00
3|13|13   $108 225.00

NOrvir — 52×50 =    2600-00       (2)
                                   500-00
ZIAGEN — 4×120       125-00
Intelence — 3×125    900-00
REYATAZ — 6+150      180.00
                     4355 00
ABiLity — 3×60       (3)

Prezista = 29×150 =      4350
TRVBADA = 12×180 =       2160
inSENTRE = 8×150 =       1200
Norvir = 21×50           1050
                         250
Lexiva = 2×128           200
ViRACET = 2×100          900
RAYATAZ = 6×250          10,100

TOTAL        LASBILL    5 3330 00
             (1)        3 7845 00
             (2)        4355 00
             (3)        10100 00
1/25/13      TOTAL  104930  00
                        45 000
000066                  059,930  00

(1)

Brezista = 21 x 150 =        3150.00
Presista = 20 x 150 =        3000.00
TRUBADA = 46 x 180 =         8280.00
RAYATAZ = 22 x x180 =        3300.00
iNTELACE = 8 x 125 =         1000.00
ATRIPLA = 27 x 400 =         10800.00
                             2350.00
noovir = 47 x 50 =
Vivead = 1 x 125 =           125.00
ViRACET = 8 x 100 =          800.00
KALETRA = x 125 =            125.00
TRICIBIT 5 x 100 =           300.00
LexiVA = x 125 =             125.00
Sentiva = 2 x 125 =          250.00
rentestri = 1 x 100 =        100.00
EPZICON = 16 x 180 =         2880.00
NEXIUS = 3 x 60 =            180.00
SPIRIVA = 10 x 25 =          250.00
vensolin = 9 x 20 =          180.00
                            _____
                             37145

Liebe

JANUMET —————— 150= ⟋450.00
BENICAR 40M cut /½ 200= 200.00
                              500.00
ZIAGEN ——————— 4 =
• VIRACEPT ———————— 2 = ⊙
⁘ IMTELENEE ——————— 3 = 450.00
AB:LLFY ——————— 3 = 150.00
LEXIVA ——————— 2 = 250.00
Reyataz ——————— 12 = 1800.00
ISENTRESS ——————— 8 = 1 200.00
PREZISTA gron ——————— 14 = 5400.00
  " " popur 15 = 3600.00
NORVIR ——————— 72 = Predvc 12, 500 =

TOTAL                 42,004.00
                     -12,500.00
                      29,804.00
                      28,726.00
15/20-20/55  TOTAL  #108,330.00
            New 1/28/13  -55,000.00
                      #53,330.00