# EXHIBIT R

GOVERNMENT EXHIBIT
212
13 Cr. 897 (RWS)

| Drug | QTY OF PILLS PER CONTAINER | Page1 | Page2 | Page3 | Page4 | Page5 | Page6 | Page7 | Page8 | Page9 | Page10 | Page11 | Page12 | TOTAL | Total Quantity of Pills | 2012 Medicaid Reimbursement Price per Pill/Gram | Total Cost of Pills From Medicaid Reimbursement per Pill/Gram |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abilify 10mg | 30 | | | 5 | | | | | | | | | | 11 | 330 | 20.96 | $6,916.80 |
| Actos15mg | 30 | | | 3 | | | | | | | | | | 3 | 90 | 3.61 | $324.90 |
| Adcirc 100/50 | 1 | 10 | | 19 | | 51 | | | | | | | | 55 | 55 | 3.24 | $307.80 |
| Atripla 600/200/300 | 30 | 35 | | 12 | 5 | | | | | | | | | 83 | 2490 | 62.35 | $155,251.50 |
| Banzduse 0.5mg | 30 | | | | 3 | | | | | | | | | 7 | 210 | 33.18 | $6,967.80 |
| Combivir 150/300 | 60 | | | | | | | | | | | | | 14 | 840 | 14.96 | $12,566.40 |
| Complera 200mg/25mg/300mg | 30 | | 7 | | 1 | | | | | | | | | 16 | 480 | 64.29 | $30,859.20 |
| Crixelata 200mg | 60 | | 14 | | 1 | | | | | | | | | 22 | 1320 | 5.87 | $7,748.40 |
| Edurir 150mg | 60 | | 11 | 20 | 10 | | | | | | | | | 4 | 240 | 6.33 | $1,519.20 |
| Epzicom 600/300 | 30 | 15 | 4 | 8 | 1 | 2 | | | | | | | | 65 | 1950 | 29.69 | $57,895.50 |
| Intelence 100mg | 120 | 10 | 16 | | | | | | | | | | | 91 | 10920 | 7.2 | $78,624.00 |
| Intelence 200mg | 60 | | 82 | | | | | | | | | | | 72 | 4320 | 15.44 | $73,396.80 |
| Isentress 400mg | 60 | 10 | 36 | | | 3 | | | | | | | | 72 | 4320 | 16.99 | $70,648.00 |
| Januvia 25mg | 30 | | | | | | | | | | | | | 2 | 60 | 8.16 | $489.60 |
| Kaletra 100/25mg | 60 | | 23 | 2 | | 2 | | | | | | | | 52 | 3120 | 3.19 | $9,952.80 |
| Lexiva 700mg | 60 | | 46 | 2 | 5 | 4 | | | | | | | | 73 | 4380 | 13.75 | $60,225.00 |
| Lovaza | 120 | | | 6 | | 3 | | | | | | | | 6 | 720 | 1.63 | $1,173.60 |
| Nexium 40mg | 30 | | | 6 | 4 | 26 | | | | | | | | 18 | 540 | 6.62 | $3,574.80 |
| Norvir 100mg | 100 | 70 | 232 | 10 | 20 | 3 | | | | | | | | 583 | 58300 | 8.53 | $497,299.00 |
| Olanzapine 15mg | 30 | | | | | | | | | | | | | 1 | 30 | 0.8415 | $25.25 |
| Prezista 400mg | 60 | 80 | 132 | | 7 | 17 | | | | | | | | 326 | 19560 | 18.1 | $354,036.00 |
| Prezista 600mg | 60 | 1 | 129 | | | | | | | | | | | 144 | 8640 | 18.1 | $156,384.00 |
| ProAir 8.5GM | 1 | | | | | | | | | | | | | 1 | 1 | 5.21 | $5.21 |
| Reyataz 150mg | 60 | 70 | 270 | 95 | 15 | | | | | | | | | 415 | 24900 | 18.24 | $454,176.00 |
| Singulair 4mg | 30 | | | | | | | | | | | | | 95 | 2850 | 0.84 | $2,394.00 |
| Spiriva 18mcg | 30 | | | | | | | | | | | | | 11 | 330 | 8.63 | $2,847.90 |
| Stribild | 30 | | | | | | | | | | | | | 3 | 90 | 77.76 | $6,998.40 |
| Sustiva 200mg | 90 | | 40 | | 2 | | | | | | | | | 45 | 4680 | 0.84 | $3,931.20 |
| Truvada 200/300 | 30 | 100 | 13 | | 8 | | | | | | | | | 194 | 5820 | 40.61 | $236,350.20 |
| Valacyclovir 500mg | 30 | | | | 2 | | | | | | | | | 3 | 90 | 5.42 | $487.80 |
| Ventolin 9mcg 60 metered | 1 | | | | | 23 | | | | | | | | 38 | 38 | 2.2 | $83.60 |
| Viracept 250mg | 300 | | | | | | | | | | | | | 12 | 3800 | 2.67 | $9,612.00 |
| Vitamine 200mg | 60 | | 18 | 3 | | | | | | | | | | 22 | 1320 | 19.66 | $25,951.20 |
| Viread 300mg | 30 | | 13 | 1 | 1 | 1 | | | | | | | | 49 | 1470 | 25.61 | $37,646.70 |
| Zeta 10mg | | | | 2 | | | | | | | | | | 1 | 7 | 4.7 | $32.90 |
| Ziagen 300mg | 60 | | | | | | | | | | | | | 10 | 600 | 8.51 | $5,106.00 |
| **TOTAL** | | 401 | 1086 | 219 | 85 | 134 | 155 | 0 | 63 | 135 | 0 | 148 | 243 | 2669 | 168,731 | | $2,397,400.26 |

**TOTAL NUMBER OF PILLS: 168,731**

**TOTAL COST OF PILLS FROM MEDICAID REIMBURSEMENT PER PILL/GRAM**

| | | Page3 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNKNOWN ITEMS AT COST | | | | | | | | | | | | | | $2,397,400.26 |
| Especials | | 39 | | | | | | | | | | | | $3,900.00 |
| Serella | | 610 | | | | | | | | | | | | $285.00 |
| Tricbdp | | | | | | | | | | | | | | $320.00 |
| **GRAND TOTAL** | | | | | | | | | | | | | | $2,401,905.26 |