# EXHIBIT S

10/12/12 Buy from Chino.

| | QTY OF PILLS PER CONTAINER | Total Amount of Containers | Total Quantity of Pills | 2011 Medicaid Reimbursement Price per Pill/Gram | Total Cost of Pills From Medicaid Reimbursement per Pill/Gram |
|---|---|---|---|---|---|
| Atripla | 30 | 13 | 390 | 54.5 | 21,255.00 |
| Nexium 40mg | 30 | 8 | 240 | 5.77 | 1,384.80 |
| Truvada | 30 | 21 | 630 | 36 | 22,680.00 |
| | | 42 | | | 45,319.80 |

GOVERNMENT EXHIBIT
213
13 Cr. 897 (RWS)