# EXHIBIT T

12/3/2012 Buy from Chino.

| | QTY OF PILLS PER CONTAINER | Total Amount of Containers | Total Quantity of Pills | 2011 Medicaid Reimbursement Price per Pill/Gram | Total Cost of Pills From Medicaid Reimbursement per Pill/Gram |
|---|---|---|---|---|---|
| Atripla | 30 | 20 | 600 | 54.5 | 32,700.00 |
| Epzicom | 30 | 10 | 300 | 30.59 | 9,177.00 |
| Nexium | 30 | 4 | 120 | 5.77 | 692.40 |
| Norvir | 30 | 2 | 60 | 8.61 | 516.60 |
| Prezista | 60 | 10 | 600 | 16.13 | 9,678.00 |
| Stribild | 30 | 1 | 30 | 79.16 | 2,374.80 |
| Truvada | 30 | 5 | 150 | 36 | 5,400.00 |
| | | 52 | | | 60,538.80 |

GOVERNMENT EXHIBIT
214
13 Cr. 897 (RWS)