# EXHIBIT U

8/14/2012 buy from Rogelio Lebya.

| | QTY OF PILLS PER CONTAINER | Total Amount of Containers | Total Quantity of Pills | 2011 Medicaid Reimbursement Price per Pill/Gram | Total Cost of Pills From Medicaid Reimbursement per Pill/Gram |
|---|---|---|---|---|---|
| Atripla | 30 | 5 | 150 | 54.5 | 8,175.00 |
| Reyataz 300mg | 30 | 5 | 150 | 31.27 | 4,690.50 |
| Singulair 10mg | 30 | 20 | 600 | 4.47 | 2,682.00 |
| Nexium 40mg | 30 | 5 | 150 | 5.77 | 865.50 |
| Prezista 600mg | 60 | 3 | 180 | 16.13 | 2,903.40 |
| Truvada | 30 | 13 | 390 | 36 | 14,040.00 |
| Norvir 100mg | 30 | 10 | 300 | 8.61 | 2,583.00 |
| | | 61 | | | 35,939.40 |

GOVERNMENT
EXHIBIT
209
13 Cr. 897 (RWS)

000000072