# EXHIBIT V

11/30/2012 buy from Rogelio Lebya.

|  | QTY OF PILLS PER CONTAINER | Total Amount of Containers | Total Quantity of Pills | 2011 Medicaid Reimbursement Price per Pill/Gram | Total Cost of Pills From Medicaid Reimbursement per Pill/Gram |
|---|---|---|---|---|---|
| Atripla | 30 | 8 | 240 | 54.5 | 13,080.00 |
| Epzicom | 30 | 6 | 180 | 29.96435 | 5,393.58 |
| Kaletra | 120 | 11 | 1320 | 5.87575 | 7,755.99 |
| Reyataz 200mg | 60 | 3 | 180 | 15.78673 | 2,841.61 |
| Reyataz 300mg | 30 | 8 | 240 | 31.27 | 7,504.80 |
| Isentress 400mg | 60 | 5 | 300 | 15.66027 | 4,698.08 |
| Truvada | 30 | 19 | 570 | 36 | 20,520.00 |
|  |  | 60 |  |  | 61,794.07 |

**GOVERNMENT EXHIBIT**
**210**
13 Cr. 897 (RWS)

000000073