| | QTY OF PILLS PER CONTAINER | Page 3 | Total Quantity of Pills | 2012 NY Medicaid Reimbursement Price per Pill/Gram | NY TOTAL | 2012 NJ Medicaid Reimbursement Price per Pill/Gram | NJ TOTAL |
|---|---|---|---|---|---|---|---|
| Abilify 10mg | 30 | 5 | 150 | 20.96 | 3144 | 18.96 | 2844 |
| Actos15mg | 30 | 3 | 90 | 3.61 | 324.9 | 6.43 | 578.7 |
| Advair 100/50 | 1 | 19 | 19 | 3.24 | 61.56 | 3.23 | 61.37 |
| Atripla 600/200/300 | 30 | 12 | 360 | 62.35 | 22446 | 57.96 | 20865.6 |
| Baraclude 0.5mg | | | | | | | |
| Combivir 150/300 | | | | | | | |
| Complera 200mg/25mg/300mg | | | | | | | |
| Cymbalta 20mg | 60 | 20 | 1200 | 5.87 | 7044 | 5.83 | 6996 |
| Epivir 150mg | | | | | | | |
| Epzicom 600/300 | | | | | | | |
| Intelence 100mg | 120 | 8 | 960 | 7.2 | 6912 | 6.73 | 6460.8 |
| Intelence 200mg | | | | | | | |
| Isentress 400mg | | | | | | | |
| Januvia 25mg | 30 | 2 | 60 | 8.16 | 489.6 | 7.38 | 442.8 |
| Kaletra 100/25mg | 60 | 2 | 120 | 3.19 | 382.8 | 3 | 360 |
| Lexiva 700mg | 60 | 6 | 360 | 13.75 | 4950 | 13.67 | 4921.2 |
| Lovaza | 120 | 6 | 720 | 1.63 | 1173.6 | 1.51 | 1087.2 |
| Nexium 40mg | 30 | 10 | 300 | 6.62 | 1986 | 6.21 | 1863 |
| Norvir 100mg | 100 | 25 | 2500 | 8.53 | 21325 | 8.48 | 21200 |
| Olanzapine 15mg | | | | | | | |
| Prezista 400mg | | | | | | | |
| Prezista 600mg | | | | | | | |
| ProAir 8.5GM | | | | | | | |
| Reyataz 100mg | | | | | | | |
| Singulair 4mg | 30 | 95 | 2850 | 0.84 | 2394 | 5.19 | 14791.5 |
| Spiriva 18mcg | | | | | | | |
| Stribild | | | | | | | |
| Sustiva 200mg | | | | | | | |
| Truvada 200/300 | | | | | | | |
| Valacyclovir 500mg | | | | | | | |
| Ventolin 9mcg 60 metered | | | | | | | |
| Viracept 250mg | | | | | | | |
| Viramune 200mg | | | | | | | |
| Viread 300mg | 30 | 3 | 90 | 25.61 | 2304.9 | 25.91 | 2331.9 |
| Zetia 10mg | 7 | 1 | 7 | 4.7 | 32.9 | 4.67 | 32.69 |
| Ziagen 300mg | 60 | 2 | 120 | 8.51 | 1021.2 | 9.22 | 1106.4 |
| | | | | | $ 75,992.46 | | $ 85,943.16 |