# SPEARS & IMES LLP

51 Madison Avenue
New York, NY 10010
tel 212-213-6996
fax 212-213-0849

Joanna C. Hendon
tel 212-213-6553
jhendon@spearsimes.com

November 18, 2014

**BY FACSIMILE AND U.S. MAIL**

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/14

Re:   *United States v. Bladimir Rigo*, 13 Cr. 897 (RWS)

Dear Judge Sweet:

I write on behalf of my client Bladimir Rigo to seek an enlargement of the page limit for Mr. Rigo's post-*Fatico* hearing reply brief, due November 24, 2014. Pursuant to Your Honor's Individual Practices, any reply brief must comply with a page limit of 10 pages "[u]nless prior permission has been granted." I respectfully request an enlargement of that page limit to 15 pages in order to be able to fully address the issues before the Court on reply. The Government does not object to this request.

If Your Honor is inclined to grant this request, I respectfully request that Your Honor endorse this letter below.

Respectfully submitted,

Joanna C. Hendon

cc:   AUSA Jason Masimore (by e-mail only)
      AUSA Edward Diskant (by e-mail only)

ENDORSED:   /s/ Sweet    11-20-14
            ROBERT W. SWEET
            United States District Judge