

**SPEARS & IMES** LLP

51 Madison Avenue
New York, NY 10010
tel 212-213-6996
fax 212-213-0849

Joanna C. Hendon
tel 212-213-6553
jhendon@spearsimes.com

January 22, 2015

### BY FACSIMILE AND U.S. MAIL

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/15

Re:   *United States v. Bladimir Rigo*, 13 Cr. 897 (RWS)

Dear Judge Sweet:

I write on behalf of my client Bladimir Rigo to request that the Court expand Mr. Rigo's travel limits temporarily to include the Southern District of Florida.

Mr. Rigo's bail currently limits his travel to the Southern and Eastern Districts of New York and the District of New Jersey. Mr. Rigo wishes to visit his sister, Concepcion Ramos, who resides in Hialeah, Florida. Ms. Ramos is 79 years old and was recently hospitalized at Palmetto General Hospital in Hialeah. Her health continues to be at risk. If permitted, Mr. Rigo would travel by air to Miami, Florida, on Wednesday, January 28, 2015. He would return to New Jersey on Sunday, February 1, 2015. During his time in Florida, he plans to stay at a hotel located near the hospital.

We have contacted the responsible prosecutor on this matter, Edward Diskant, who has no objections to this request. We have also contacted the responsible pretrial officer, Angel Matos, and he too has no objection, so long as we provide him with contact information for Mr. Rigo during his travel once his accommodation details are finalized, which we have agreed to do.

The Honorable Robert W. Sweet                                                    - 2 -
January 22, 2015

     If Your Honor is inclined to approve this proposed extension of travel limits, I
respectfully request that Your Honor memo endorse this letter.

Respectfully submitted,

Joanna C. Hendon/SSM

Joanna C. Hendon

SO ORDERED: _____

1 - 2 2 · 1 5

cc:    AUSA Edward Diskant (by e-mail only)
      AUSA Jason Masimore (by e-mail only)