# SPEARS & IMES LLP

51 Madison Avenue
New York, NY 10010
tel  212-213-6996
fax 212-213-0849

Joanna C. Hendon
tel 212-213-6553
jhendon@spearsimes.com

May 4, 2015

**BY ECF**

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Bladimir Rigo*, 13 Cr. 897 (RWS)

Dear Judge Sweet:

    I write on behalf of my client Bladimir Rigo to seek an enlargement of the page limit for Mr. Rigo's Sentencing Memorandum, due tomorrow. Pursuant to Your Honor's Individual Practices, any memorandum of law must comply with a page limit of 25 pages. I respectfully request an enlargement of that page limit to 32 pages in order to be able to fully address the issues before the Court. The Government does not object to this request.

    If Your Honor is inclined to grant this request, I respectfully request that Your Honor endorse this letter below.

Respectfully submitted,

Joanna C. Hendon

cc:   AUSA Jason Masimore (by email)
       AUSA Edward Diskant (by ECF and email)

ENDORSED: _____
ROBERT W. SWEET
United States District Judge