# EXHIBIT A

TRANSLATION

My name is Angela Rigo.  I am 66 years old, married to Bladimir Rigo.
We have three children and three grand children.
We are not perfect but we are very close, like any family, we have our differences.
My husband Bladimir is always there for his children and grandchildren.
When my mother passed away he gave me a lot of support.  He always loved and respected her.
We have grown old together seeing our children grow up.  Hopefully, together we will see our grandchildren grow up.
He has been a man who has been respectful of his home and family.
May God keep him by my side for many many years to come.

Sincerely,

Angela Rigo

My Nombre es, Angela Rigo
Tengo, 66 Años Casada
con Bladimir Rigo
Tenemos tres Hijos y tres Nietos
No somos Perfectos pero si
Muy Unidos, como cualquier
familia, tenemos nuestra Diferencia
My esposo Bladimir siempre
esta presente para sus Hijos y
Nietos. fue un gran Apollo
Cuando my Madre, fallesio, la
quiso y respeto siempre
Emos enveJesido Junto biendo
crecer a Nuestros Hijos,
Que Dios permito que asi sea
Ver crecer a Nuestro Nietos
Juntos, Asido, un compañero
Respectuoso, de su casa, familia.
Que Dios de lo deje a mi
lado por muchos años mas
    Atenta mente
    Angela Rigo