# EXHIBIT B

# REDACTED

April 2, 2015

Honorable Judge Sweet:

My name is Vincent Rigo and I am the eldest son of Bladimir Rigo. I am 33 yrs old and a father of 3 boys of my own. Like all sons I will tell you my father is a good man and an integral part in mine, my brothers', my mother's and his grandchildren's lives as well as my first real hero.

My father came to this country under the age of 22, he is an example that working hard and applying yourself the American Dream is possible. When he arrived from Cuba he arrived with nothing while a young man, alone and in a new land, he ate and received shelter at local church in south Florida. Shortly after he joined the U.S. Military for an operation with Cuban patriots to attempt to liberate Cuba. This never came to fruition but he was able to learn English, start his process for citizenship and develop a love affair for the country that he calls home and raised his family in. He was able to bring my grandparents over from Cuba to escape an oppressive communist regime and prosper here in the states. Never being a man who's shied away from working hard he started and owned his business along with my grandfather and uncle sometime after they arrived from Cuba.

My father has helped me and my brothers establish our own business as well. Before being veteran, a businessman and a father he was a cigar roller in the small town of Baez Cuba. I mention his being a cigar roller because that is what I am today here in New Jersey. My father taught how to age tobacco, blend and roll premium cigars the same way he learned in the city of his birth. He taught me about hard work, heritage and a means which I love in order to provide for my family. Always teaching us the value of perseverance and hard work.

He's just not an important part in my life but in the lives of all my family especially his grandsons. My children would be devastated at any type of loss of their grandfather and their routines together. Every Sunday morning my sons make it a point to wake up early to go the bakery with their grandfather and share fresh Cuban bread together.

████████████████████████████

My mother who has been married to my father for over 35 years had an accident a few years ago where she broke her both legs and hips. After surgery and therapy she was bed ridden for close to a year. Although she has her mobility, it is limited. Part of the peace of mind when I'm away from home is knowing my father is there with my mother to help her get around and take care of her. This along with his health is why I ask for you to look at his character and to be clement with my father.

Sincerely,

*[signature]*

Vincent Rigo