# EXHIBIT C

# REDACTED

April 2, 2015

Honorable Judge Sweet:

I am Angel Rigo, son of Bladimir Rigo and am 29 years old. ██████████████ ████████████████████████████ Although I've always been a person of few words when it comes to expressing myself, that is not the case when it comes to the love and admiration I have for my father.

My parents have always been hard working and optimistic people, because of this they made sure I finished school and even attended college. My father felt that it was really important that I complete college because he wanted to make sure that I did not go through what he went through during his younger years. My father worked very hard; he spent time in the army, sold fruit and other goods at a flea market, and then when he owned his businesses, he would work from six in the morning until nine or ten at night, and often on the weekends. The reason that he worked so hard was to provide a living for my family. He especially was very worried about my brother. When he wasn't working, he would come right home and spend time with my family.

My father has always been therefore me whenever I needed him. With the job market being the way it's been my father helped me to open and run my business. I have a small grocery store in Elizabeth, NJ, which I opened in 2009. When I first started the business, my father showed me the ropes – he taught me what to look for in a location, the size, how to deal with the landlords, how to purchase merchandise, how many aisles to have, where to put the meat and the vegetables. It's like when you buy a used car – you need someone to show you the ropes.. Now that my business is set up, my father helps me with it when he can. For example, he comes with me to the warehouses to purchase merchandise and goes to the bank. When I have questions about the business, I go to him.

My brother Bladimir is very close to my father. ████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████



When my mother had her accident, she spent three months in the hospital. She had both hips replaced and had rods in her legs. It took her nearly two years to recover, and she still has a lot of trouble walking, climbing stairs, and even getting up. My father is there to help her around the house and to get up from the couch. Because she cannot drive, he picks up the things they need like groceries.

While I can't say that any one man can be perfect, I can say that my father is a good man that has taught me the value of hard work and providing and taking care of my family. I couldn't bear to think the devastating impact my fathers prolonged absence would have on my family. Especially for my mother and autistic brother who relies on his tight bond with my father. He would lose his day to day companion. And I don't have children yet, but if I do I would like them to know their grandfather. When considering my father, please take into account his record as a father, husband, provider, veteran, patriot and overall just a great example of a man.

Respectfully,

Angel Rigo