# SPEARS & IMES LLP

51 Madison Avenue  
New York, NY 10010  
tel 212-213-6996  
fax 212-213-0849

Joanna C. Hendon  
tel 212-213-6553  
jhendon@spearsimes.com

May 4, 2015

**BY ECF**



The Honorable Robert W. Sweet  
United States District Judge  
Southern District of New York  
Daniel Patrick Moynihan Courthouse  
500 Pearl Street  
New York, New York 10007

Re: *United States v. Bladimir Rigo*, 13 Cr. 897 (RWS)

Dear Judge Sweet:

I write on behalf of my client Bladimir Rigo to seek an enlargement of the page limit for Mr. Rigo's Sentencing Memorandum, due tomorrow. Pursuant to Your Honor's Individual Practices, any memorandum of law must comply with a page limit of 25 pages. I respectfully request an enlargement of that page limit to 32 pages in order to be able to fully address the issues before the Court. The Government does not object to this request.

If Your Honor is inclined to grant this request, I respectfully request that Your Honor endorse this letter below.

Respectfully submitted,

Joanna C. Hendon

cc: AUSA Jason Masimore (by email)  
AUSA Edward Diskant (by ECF and email)

ENDORSED: /s/ Sweet  
ROBERT W. SWEET  
United States District Judge  
5-5-15

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 5-6-15