UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

UNITED STATES OF AMERICA

               v.

BLADIMIR RIGO,
    a/k/a "Bladi"

             *Defendant.*

--------------------------------------------------------X

**Order of Restitution**

**13 Cr. 897 (RWS)**

Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Edward B. Diskant, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts One and Two of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** BLADIMIR RIGO, a/k/a "Bladi," the Defendant, shall pay restitution in the total amount of $2,900,000.00 to the victims of the offense charged in Count One. Payments shall be made to the Clerk of the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, 10007, Attention: Cashier's Office, who will disburse the payments to the victims set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other of the following defendants, should they be convicted if they have not been already, and ordered to make restitution for their participation in offense charged in Count One:  Conrado Vazquez and Abel Gonzalez in *United States* v. *Viera et al.*, 11 Cr. 1072

6.2011

(DLC); Rogelio Leyba in *United States* v. *Leyba*, 13 Cr. 055 (GBD);   Arcadio Reyes-Arias, a/k/a

"Chino," in *United States* v. *Reyes-Arias*, 13 Cr. 051 (PGG); Hermenegildo Fernandez, a/k/a

"Pancho," in *United States* v. *Fernandez*, 12 Cr. 731 (PAE).   Defendant's liability for restitution

shall continue unabated until either the Defendant has paid the full amount of restitution ordered

herein, or every victim has been paid the total amount of his loss from all the restitution paid by the

Defendant and co-defendants in this matter.

  **3.**   **Payment Schedule.**   Restitution payments shall begin following the defendant's

release from imprisonment and shall be made in monthly installments equal to 10% of his gross

monthly income.

Dated: New York, New York
    May 19, 2015

                  HONORABLE ROBERT W. SWEET
                  UNITED STATES DISTRICT JUDGE