# SPEARS & IMES LLP

51 Madison Avenue  
New York, NY 10010  
tel 212-213-6996  
fax 212-213-0849

Joanna C. Hendon  
tel 212-213-6553  
jhendon@spearsimes.com

May 20, 2015

**BY HAND DELIVERY**

Honorable Robert W. Sweet  
United States District Judge  
Daniel Patrick Moynihan Courthouse  
500 Pearl Street  
New York, NY 10007-1312



Re: *United States v. Bladimir Rigo*, 13 Cr. 897 (RWS)

Dear Judge Sweet:

Consistent with Your Honor's Individual Practices, we submit for filing under seal those pages from Defendant Bladimir Rigo's recent submissions, which we redacted before publicly filing. Specifically, we enclose pages from the following submissions: (1) the Declaration of Sharanya Sai Mohan in Support of Defendant Bladimir Rigo's Post-*Fatico* Hearing Memorandum of Law, filed November 14, 2014 (Dkt. No. 25); (2) Exhibits A, C, G, H, I, P, W, and X thereto (Dkt. Nos. 25-1, 25-3, 25-7, 25-8, 25-9, 25-16, 25-23, and 25-24); (3) the Sentencing Memorandum on Behalf of Bladimir Rigo, filed May 5, 2015 (Dkt. No. 35); and (4) Exhibits B, C, and D to the Sentencing Memorandum (Dkt. Nos. 35-2, 35-3, and 35-4).

Your Honor's Individual Practices instruct counsel to bring a copy of the pages containing the redacted material to the sentencing hearing for filing under seal. We brought these papers to Mr. Rigo's sentencing hearing yesterday, but did not provide them to Mr. Chan at that time. We therefore submit them now and ask that the Court cause them to be filed under seal.

Respectfully submitted,

Joanna C. Hendon

So ordered.  
Sweet / USDJ  
5-30-15

(Enclosures)

cc: AUSA Edward B. Diskant (by email w/o enclosures)  
    AUSA Jason Masimore (by email w/o enclosures)