Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 5 2015

Caption:
United States of America v.

Bladimir Rigo

Docket No.: 13 Cr. 897
Hon. Robert W. Sweet
(District Court Judge)

Notice is hereby given that Bladimir Rigo appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)
entered in this action on June 2, 2015
(date)

This appeal concerns: Conviction only |___| Sentence only |✓| Conviction & Sentence |___| Other |___|
Defendant found guilty by plea |✓| trial |___| N/A |___|
Offense occurred after November 1, 1987? Yes |✓| No [ ] N/A [ ]
Date of sentence: May 19, 2015       N/A |___|
Bail/Jail Disposition: Committed |___| Not committed |✓| N/A |___|

Appellant is represented by counsel? Yes ✓ | No |   | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Joanna C. Hendon |
| Counsel's Address: | Spears & Imes LLP |
| | 51 Madison Ave, 25th Floor; New York City, NY 10010 |
| Counsel's Phone: | 212-213-6553 |
| Assistant U.S. Attorney: | AUSA Edward Diskant & AUSA Jason Masimore |
| AUSA's Address: | One St. Andrew's Plaza |
| | New York City, New York 10007 |
| AUSA's Phone: | 212-637-2294 |

_____
Signature