CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

CASE NAME: United States v. Rigo                                                                v.

DOCKET NUMBER: 15-1914

COUNSEL'S NAME: Joanna C. Hendon

COUNSEL'S ADDRESS: 51 Madison Avenue, 25th Floor

New York, NY 10010

COUNSEL'S PHONE: 212-213-6996

## QUESTIONNAIRE

☑ I am ordering a transcript.

☐ I am not ordering a transcript.   Reason:   ☐ Daily copy available   ☐ U.S. Atty. placed order
☐ Other (attach explanation)

## TRANSCRIPT ORDER

Prepare transcript of

☐ Pre-trial proceedings: _____
(Description & Dates)

☐ Trial: _____
(Description & Dates)

☑ Sentencing: Mr. Rigo's Sentencing Proceeding on May 19, 2015
(Description & Dates)

☐ Post-trial proceedings: _____
(Description & Dates)

I, Joanna C. Hendon , hereby certify that I will make satisfactory arrangements with
(counsel's name)
the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: ☐ Funds   ☑ CJA Form 24

_____   6/25/15
Counsel's Signature                Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

## ACKNOWLEDGMENT

Date order received: _____   Estimated Number of Pages: _____

Estimated completion date: _____

_____   _____
Court Reporter's Signature           Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.