# SPEARS & IMES LLP

51 Madison Avenue
New York, NY 10010
tel 212-213-6996
fax 212-213-0849

Sharanya Sai Mohan
tel 212-897-4487
smohan@spearsimes.com

July 17, 2015

**BY FACSIMILE AND U.S. MAIL**

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007



RECEIVED JUL 17 2015 JUDGE SWEET CHAMBERS

Re: *United States v. Bladimir Rigo*, 13 Cr. 897 (RWS)

Dear Judge Sweet:

I write on behalf of my client Bladimir Rigo to respectfully request that the Court adjourn Mr. Rigo's surrender date by one week, from July 20, 2015, to July 27, 2015 at 12:00 p.m.

On May 19, 2015, the Court sentenced Mr. Rigo to 38 months' imprisonment. The Judgment entered on June 2, 2015. (Dkt. No. 42.) The Judgment states that Mr. Rigo is to surrender on July 20, and Mr. Rigo received a letter from the Probation Office dated June 23, 2015 instructing him to surrender to FCI Fort Dix, in New Jersey, on that date. Mr. Rigo has a history of heart-related ailments. (PSR ¶ 79.) His son, Vincent Rigo, advised us yesterday that Mr. Rigo has an appointment with his cardiologist scheduled for July 23, 2015. The reason for the proposed enlargement of time to surrender is to allow Mr. Rigo to see his own doctor once more before his term of imprisonment begins.

We have contacted the responsible prosecutor on this matter, Edward Diskant, who has no objections to this request.

If Your Honor is inclined to approve this requested adjournment of Mr. Rigo's surrender date, I respectfully request that Your Honor memo endorse this letter.

-2-

The Honorable Robert W. Sweet
July 17, 2015

Respectfully submitted,

*[signature]*

Sharanya Sai Mohan

SO ORDERED: *[signature: Sweet]*

7-17-15

cc: AUSA Edward Diskant (by e-mail only)
AUSA Jason Masimore (by e-mail only)