UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                                               :

UNITED STATES OF AMERICA         :
                                               : Case No.: 13 Cr. 897 (RWS)
        v.                           :

BLADIMIR RIGO,                 :

        Defendant.      :
------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND PROPOSED ORDER

     PLEASE TAKE NOTICE that, pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4, I, Sharanya Sai Mohan, hereby respectfully request that I no longer be listed as counsel for Defendant Bladimir Rigo and that I no longer be included on the Court's service list in the above-captioned proceeding. Joanna Hendon and Alicia Amdur of Spears & Imes LLP will continue to represent Mr. Rigo in this matter for all future proceedings, and my withdrawal will not affect the schedule in this case. I assert no retaining or charging liens. I will provide a copy of this notice to Mr. Rigo by mailing it to him at FCI Fort Dix and, should the Court endorse it, I will mail him a copy of the Court's Order.

Dated: New York, New York
      May 25, 2016

Respectfully submitted,

SHARANYA SAI MOHAN

By: /s/ Sharanya Sai Mohan

SO ORDERED.

_____, 2016

_____
The Honorable Robert W. Sweet
United States District Judge