UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :  Case No.: 13 Cr. 897 (RWS)
              v.              :
                              :
BLADIMIR RIGO,                :
                              :
              Defendant.      :
                              :
------------------------------x

## DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL

I, Sharanya Sai Mohan, declare and state as follows:

1. Pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4, I respectfully request leave of the Court to withdraw my individual appearance as counsel for Defendant Bladimir Rigo in the above-captioned action because I have a pending offer of employment with the United States Attorney's Office for the Southern District of New York and, upon successful completion of a background check, will no longer be associated with Spears & Imes LLP.

2. Joanna Hendon is the CJA panel attorney assigned to represent Mr. Rigo. I and Alicia Amdur (also of Spears & Imes LLP) are associates of Ms. Hendon. Following my withdrawal, Ms. Hendon and Ms. Amdur will continue to represent Mr. Rigo.

3. Because Ms. Hendon and Ms. Amdur will continue to represent Mr. Rigo, this withdrawal will not affect this action in any way, including the posture of the case. Nor will this withdrawal prejudice the Government.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on May 25, 2016 in New York, New York.

_____
Sharanya Sai Mohan