UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
:
UNITED STATES OF AMERICA        :
                                : Case No.: 13 Cr. 897 (RWS)
    v.                          :
                                :
BLADIMIR RIGO,                  :
                                :
            Defendant.          :
                                :
------------------------------x

### NOTICE OF WITHDRAWAL OF APPEARANCE AND PROPOSED ORDER

PLEASE TAKE NOTICE that, pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4, I, Sharanya Sai Mohan, hereby respectfully request that I no longer be listed as counsel for Defendant Bladimir Rigo and that I no longer be included on the Court's service list in the above-captioned proceeding. Joanna Hendon and Alicia Amdur of Spears & Imes LLP will continue to represent Mr. Rigo in this matter for all future proceedings, and my withdrawal will not affect the schedule in this case. I assert no retaining or charging liens. I will provide a copy of this notice to Mr. Rigo by mailing it to him at FCI Fort Dix and, should the Court endorse it, I will mail him a copy of the Court's Order.



Dated: New York, New York
May 25, 2016

                              Respectfully submitted,

                              SHARANYA SAI MOHAN

                              By: /s/ Sharanya Sai Mohan

SO ORDERED.

May 26, 2016

                              The Honorable Robert W. Sweet
                              United States District Judge