**SPEARS & IMES** LLP

51 Madison Avenue
New York, NY 10010
tel 212-213-6996
fax 212-213-0849



Joanna C. Hendon
tel 212-213-6553
jhendon@spearsimes.com

September 21, 2016

**BY FACSIMILE**
The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007



Re:   *United States v. Bladimir Rigo*, 13 Cr. 897 (RWS)

Dear Judge Sweet:

I write on behalf of both parties to seek an extension of time to file submissions on the loss amount attributable to Mr. Rigo and to reschedule the parties' oral argument on the subject.

At the end of the September 7, 2016 conference, the Court set a deadline of today, September 21, 2016, for the submission of the Government's brief, a deadline of October 5, 2016 for Mr. Rigo's submission, and a date for oral argument of October 13, 2016. We respectfully request a five-day extension of those dates, such that the Government will file its submission on September 26, 2016, and Mr. Rigo will file on October 10. We request that Your Honor reschedule oral argument to the week of October 17, at a time convenient for the Court.

Neither party has previously requested an extension to, or adjournment of, the dates discussed above.

If Your Honor is inclined to grant this request, I respectfully request that Your Honor endorse this letter below.

Respectfully submitted,

Joanna C. Hendon

cc:   AUSA Edward Diskant (by e-mail only)

The Honorable Robert W. Sweet
September 21, 2016

Page 2

ENDORSED: _____
ROBERT W. SWEET
United States District Judge