

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 14, 2016

**VIA ECF**

The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: **United States** v. **Bladimir Rigo**, 13 Cr. 897 (RWS)

Dear Judge Sweet:

    As the Court is aware, the issue of loss calculation in this matter is back upon remand from the Second Circuit. Oral argument on that issue, which the parties have briefed, was recently rescheduled to October 20 at 12 pm. Unfortunately, I am unavailable at that time, but understanding the Court's practice of hearing arguments on Thursdays at 12pm, I have conferred with Joanna Hendon, Esq., counsel for the defendant, and understand that all parties are available the following Thursday, October 27 at 12pm. Accordingly, the Government would respectfully request that the Court reschedule the oral argument for that date and time.

                           Respectfully submitted,

                           PREET BHARARA
                         United States Attorney

         By:    /s/_____
              Edward B. Diskant
              Assistant United States Attorney
              (212) 637-2294

cc: Joanna Hendon, Esq. (By electronic-mail)