# SPEARS & IMES LLP

51 Madison Avenue  
New York, NY 10010  
tel  212-213-6996  
fax 212-213-0849

Joanna C. Hendon  
tel 212-213-6553  
jhendon@spearsimes.com

January 23, 2017

**BY FACSIMILE AND ECF**

The Honorable Robert W. Sweet  
United States District Judge  
Southern District of New York  
Daniel Patrick Moynihan Courthouse  
500 Pearl Street  
New York, New York 10007

Re:   *United States v. Bladimir Rigo*, 13 Cr. 897 (RWS)

Dear Judge Sweet:

I write on behalf of my client Bladimir Rigo. On May 19, 2015, Your Honor sentenced Mr. Rigo to a term of imprisonment of 38 months' imprisonment followed by 3 years' supervised release. On May 23, 2015, the U.S. Court of Appeals for the Second Circuit reversed and remanded the case for resentencing. Thereafter, the prosecutors writted Mr. Rigo into this District from FCI Fort Dix, where he had been serving his sentence. On January 17, 2017, Your Honor issued an opinion re-sentencing Mr. Rigo to 38 months' imprisonment – the original term of imprisonment imposed. I write to request that the Court conduct no further sentencing proceedings in this case, so that Mr. Rigo may be returned to FCI Fort Dix as soon as possible.

I met with Mr. Rigo today at the Metropolitan Detention Center, in Brooklyn, where he has been housed since the prosecutors writted him back for re-sentencing by Your Honor. With the assistance of a Spanish-speaking interpreter, I reviewed Your Honor's January 17 opinion with Mr. Rigo as well as Mr. Rigo's rights under Fed. R. Crim. P. 32, including to a pre-sentence report and full a re-sentencing proceeding in open court. Mr. Rigo advises me that he wishes to waive those rights. He does not wish to appear again in this District, and asks that Your Honor accept his waiver. With the assistance of the interpreter, I obtained from Mr. Rigo a written waiver of rights, which I attach to this letter.

With the consent of AUSA Diskant, I respectfully ask that Your Honor issue a revised Judgment, without further Rule 32 proceedings, so that Mr. Rigo may be returned to FCI Fort Dix.

The Honorable Robert W. Sweet                                                Page 2
January 23, 2017

                                                Respectfully submitted,

                                                *Joanna Hendon* /AKA

                                                Joanna C. Hendon


cc:    AUSA Edward Diskant (by e-mail and ECF)


SO ORDERED _____
                    United States District Court Judge