```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :

        v.                      :        13 Cr. 897 (RWS)

BLADIMIR RIGO,                  :

                                :
            Defendant.

- - - - - - - - - - - - - - - - X
```

The above-named defendant, having pled guilty to violating Title 18, United States Code, Section 1349; having previously been sentenced principally to a term of 38 months' imprisonment at a sentencing proceeding that complied in all material respects with the procedural requirements of Fed. R. Crim. P. 32 and Title 18, United States Code, Section 3553; having successfully appealed that sentence on the ground that this Court failed to make certain necessary factual findings relevant to sentencing; having been advised of this Court's January 17, 2017 Opinion and Order making the required factual findings and re-sentencing the defendant principally to the same term of 38 months' imprisonment; and having been advised of his right to a full re-sentencing proceeding in open court that would comply fully with all relevant requirements, including those set forth in Fed. R.

0202

Crim. P. 32 and Title 18, United States Code, Section 3553 (a "re-sentencing proceeding");

Hereby waives, upon and with the advice of counsel, the right to a re-sentencing proceeding and consents to the entry of a revised judgment of conviction consistent with the terms set forth in this Court's January 18, 2017 Opinion and Order.

_____
BLADIMIR RIGO
Defendant

_____
JOANNA HENDON, ESQ.
Counsel for Defendant

Date: Brooklyn, ~~New York~~, New York
1/23/17 , 2017

Sight translated by
SUSAN DARINO
/s/ S. Darino
1/23/17