Bladimir Rigo                                    4                          247882 – ER.cr
Docket Number: 13 CR 897



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE**

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[✓]   Transfer of Jurisdiction to the District of New Jersey APPROVED

[ ]   Transfer of Jurisdiction to the District of New Jersey DENIED

[ ]   Other

_____
_____
_____
_____

_____
DENISE COTE
United States District Judge

                    1/7/2021
_____
Date